UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIO WILSON,

        Plaintiff,

v.

POOR,

        Defendants.

Case No. C19-5920 BHS-TLF

REPORT AND RECOMMENDATION

Noted for March 12, 2021

This matter comes before the Court on plaintiff's filing of a Motion for Voluntary Dismissal without Prejudice. Dkt. 26.

On January 10, 2021, plaintiff filed the instant Motion seeking to withdraw his 28 U.S.C § 1983 complaint. Plaintiff has informed the Court that he seeks to withdraw his claims to re-file at a later period, as he is currently hindered by the circumstances of the COVID-19 pandemic in his corrections facility from pursuing his litigation thoroughly. (Dkt. 3.) The undersigned interprets this Motion to Withdraw as requesting that plaintiff's action be voluntarily dismissed.

Pursuant to Federal Rule of Civil Procedure 41(a)(1) a plaintiff may voluntarily dismiss an action without prejudice by filing a notice of dismissal before the defendant serves an answer or motion for summary judgment. However, if the plaintiff has previously dismissed any federal or state court action based on or including the same claim, the notice of dismissal operates as an adjudication on the merits. Fed. R. Civ. P.

REPORT AND RECOMMENDATION - 1

41(a)(1)(B).  The defendant responded (Dkt. 27) and indicated no opposition to plaintiff's voluntary nonsuit. Therefore, plaintiff may voluntarily dismiss this action without prejudice.  The undersigned recommends that the Court grant plaintiff's motion (Dkt. 26) and dismiss the action without prejudice.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule of Civil Procedure (FRCP) 72(b); *see also* FRC P 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed set this matter for consideration on **March 12, 2021**, as noted in the caption.

Dated this 26th day of February, 2021.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2